# EXHIBIT B




forside | erhverv | portræt | bryllup | fodbold | sport | koncert/events | firmainfo | priser | webshop

## Sportsbegivenheder

Jeg holder meget af at dække sportsbegivenheder og ligger derfor inde med alverdens billeder af diverse sportsstjerner samt billeder fra mange forskellige former for sport.

Jeg kommer gerne ud og dækker netop jeres sportsarrangement lige fra miniput til mere professionelle begivenheder.

Kontakt mig gerne for et uforpligtende tilbud. Så finder vi en god aftale!





Caroline Wozniacki tilbage i 2002



Professionelle Pokerspillere Theo Jørgensen og Gus Hansen bokser mod hinanden i 2009



Professionel golfspiller Thomas Bjørn til Nordic Open 2003



Lars Rasmussen, Virum Sorgenfri, 2002

All rights reserved © 2000-2015 Boesen Photography & Design

forside | erhverv | portræt | bryllup | fodbold | sport | koncert/events | firmainfo | priser | webshop