# EXHIBIT D



**carowozniacki** • Follow

**carowozniacki** I've played professionally since I was 15 years old. In that time I've experienced an amazing first chapter of my life. With 30 WTA singles titles, a world #1 ranking for 71 weeks, a WTA Finals victory, 3 Olympics, including carrying the flag for my native Denmark, and winning the 2018 Australian Open Grand slam championship, I've accomplished everything I could ever dream of on the court.
I've always told myself, when the time comes, that there are things away from tennis that I want to do more, then it's time to be done. In

158,446 likes

DECEMBER 6, 2019

Add a comment...  Post

More posts from **carowozniacki**