# EXHIBIT E



# Wozniacki Plans to Retire After Australian Open

Dec,06,2019 | By Long Island Tennis Magazine Staff



Former Australian Open champion and world number one Caroline Wozniacki announced on Friday that she will be retiring following the 2020 Australian Open.

Wozniacki made the announcement in an Instagram post, and in an appearance on ABC's "Good Morning America".

"In recent months, I've realized that there is a lot more in life that I'd like to accomplish off the court," she said on Instagram. "Getting married to David [Lee] was one of those goals and starting a family with him while continuing to travel the world and helping raise awareness about rheumatoid arthritis (project upcoming) are all passions of mine moving forward. So with that, today I am announcing that I will be retiring from professional tennis after the Australian Open in January. This has nothing to do with my health and this isn't a goodbye, I look forward to sharing my exciting journey ahead with all of you!"



The Northeast's Only Full-Time Boarding Academy



PORT WASHINGTON TENNIS ACADEMY

Juniors, Adults, Lessons, Clinics, Leagues, 1/4 Mile Running Track, 17 Courts — All Indoors
**WE HAVE IT ALL!!!**

## September/October 2020 Digital Edition

https://longislandtennismagazine.com/wozniacki-plans-retire-after-australian-open


carowozniacki ✓
1.4m followers

View Profile



  

158,446 likes

carowozniacki

I've played professionally since I was 15 years old. In that time I've experienced an amazing first chapter of my life. With 30 WTA singles titles, a world #1 ranking for 71 weeks, a WTA Finals victory, 3 Olympics, including carrying the flag for my native Denmark, and winning the 2018 Australian Open Grand slam championship, I've accomplished everything I could ever dream of on the court.
I've always told myself, when the time comes, that there are things away from tennis that I want to do more, then it's time to be done. In recent months, I've realized that there is a lot more in life that I'd like to accomplish off the court. Getting married to David was one of those goals and starting a family with him while continuing to travel the world and helping raise awareness about rheumatoid arthritis (project upcoming) are all passions of mine moving forward.
So with that, today I am announcing that I will be retiring from professional tennis after the Australian Open in January. This has nothing to do with my health and this isn't a goodbye, I look forward to sharing my exciting journey ahead with all of you! Finally, I want to thank all my heart, the fans, my friends, my sponsors, my team, especially my father as my coach, my husband, and my family for decades of support! Without all of you I could have never have done this!

view all 6,229 comments

Add a comment...                                                        

Wozniacki began her professional career in 2005, and has accumulated more than 630 singles victories and 30 titles, including her lone Grand Slam title in Melbourne in 2018. That same year, she was diagnosed with rheumatoid arthritis, and battled injuries in 2019 where she played only 35 matches.

"I want to thank with all my heart, the fans, my friends, my sponsors, my team, especially my father as coach, my husband, and my family for decades of support!," she said. "Without all of you I could have never done this!"



---



Powered by ⓘssuu Publish for Fr

## Sign Up For The Daily Serve

**Sign up here for a Free Daily E-Mail with the latest Long Island Tennis News!**

My email is

Please send me a FREE subscripti

## Visit Us on Facebook


Long Island Tennis Ma...
1,685 likes

 Like Page       ➤ Share

Be the first of your friends to like this

## LI Tennis Twitter

Tweets by @LITennisMag                    ⓘ

 Long Island Tennis
@LITennisMag

Section VIII (Nassau County) has approved a plan for high school athletics in 2021:

-Girls' Tennis will be played in the

Embed                    View on Twitter

Open in January. This has nothing to do with my health and this isn't a goodbye; I look forward to sharing my exciting journey ahead with all of you!"

carowozniacki ✔
1.4m followers

View Profile



View More on Instagram

154,813 likes

carowozniacki

I've played professionally since I was 15 years old. In that time I've experienced an amazing first chapter of my life. With 30 WTA singles titles, a world #1

Long Island Tennis Ma...
1,636 likes

Like Page    Send Message

Be the first of your friends to like this

## LI Tennis Twitter

Tweets by @LITennisMag

Long Island Tennis Retweeted

New York Open ✔
@NewYorkOpen

The #NYOpen College Wild Card Invitational kicks off tomorrow! Come out and support 24 local college players as they battle for a spot in

Embed    View on Twitter